THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **EXPERIENCE HENDRIX, L.L.C.**, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>**TRANS WORLD ENTERTAINMENT CORPORATION,** a New York Corporation, and **RECORD TOWN, INC.,** a New York Corporation, d/b/a **FOR YOUR ENTERTAINMENT, F.Y.E. and FYE.COM**,<br><br>Defendants. | **Case No. C05-273C**<br><br>**STIPULATION AND PROPOSED ORDER REGARDING CASE SCHEDULE** |

**STIPULATION**

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate and agree that the trial date and associated Case Schedule in this action should be amended and adopted as follows, and that the parties shall comply with the following amended Case Schedule:

STIPULATION AND PROPOSED ORDER
REGARDING CASE SCHEDULE
(CV-05-0273C) – Page 1

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

707 EAST HARRISON STREET
SEATTLE, WASHINGTON 98102
TELEPHONE: (206) 325-2171
FACSIMILE: (206) 325-3269
EMAIL: attorneys@eoplaw.com

## CASE SCHEDULE

| Event | Deadline |
|---|---|
| Deadline for Completion of Written Discovery | 1/13/06 |
| Pleading Amendment / Third Party Action | 4/20/06 |
| Completion of Mediation | 1/2/06-4/20/06 |
| Deadline for Completion of Deposition Discovery | 4/27/06 |
| Deadline for Dispositive Motions | 5/10/06 |
| Pretrial Order | 7/14/06 |
| Trial Briefs | 7/20/06 |
| Proposed Voir Dire / Jury Instructions | 7/20/06 |
| Trial | 7/24/06 |

Dated this 21st Day of December, 2005.

By:  /Susan D. Fahringer/
 Susan D. Fahringer, WSBA #21567
 Charles C. Sipos, WSBA #32825
 Perkins Coie LLP
 1201 Third Avenue, Suite 4800
 Seattle, WA 98101-3099
 Telephone:  (206) 359-8000
 Fax:  (206) 359-9000
 Email:  SFahringer@perkinscoie.com
  CSipos@perkinscoie.com
 Attorneys for Defendant Trans World
 Entertainment Corporation

By:  /John Ostrander/
 John D. Ostrander, WSBA #19645
 Karen Wetherell Davis, WSBA #21195
 Elliott, Ostrander & Preston, P.C.
 707 East Harrison Street
 Seattle, WA 98102
 Telephone:  (206) 325-2171
 Fax:  (206) 325-3269
 Email:  john@eoplaw.com
  karen@eoplaw.com
 Attorneys for Plaintiff Experience
 Hendrix, LLC

STIPULATION AND PROPOSED ORDER
REGARDING CASE SCHEDULE
(CV-05-0273C) – Page 2

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

707 EAST HARRISON STREET
SEATTLE, WASHINGTON 98102
TELEPHONE:  (206) 325-2171
FACSIMILE:  (206) 325-3269
EMAIL: attorneys@eoplaw.com

**PROPOSED ORDER**

Good cause appearing therefore, and based upon the stipulation of the parties, it is

HEREBY ORDERED that:

The attached Case Schedule is adopted. The parties shall comply with the Case Schedule.

IT IS SO ORDERED this 28th day of December, 2005.

_/s/ John C. Coughenour_____
HONORABLE JOHN C. COUGHENOUR

Presented by:

**ELLIOT OSTRANDER & PRESTON, P.C.**

/John Ostrander/_____
John D. Ostrander, WSBA #19645
Karen Wetherell Davis, WSBA #21195
Attorneys for Plaintiff Experience
Hendrix, LLC

Approved as to Form:
Notice of Presentation Waived by:

**PERKINS COIE LLP**

By:   /Susan D. Fahringer/_____
Susan D. Fahringer, WSBA #21567
Charles C. Sipos, WSBA #32825
Attorneys for Defendant Trans World
Entertainment Corporation

STIPULATION AND PROPOSED ORDER
REGARDING CASE SCHEDULE
(CV-05-0273C) – Page 3

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

707 EAST HARRISON STREET
SEATTLE, WASHINGTON 98102
TELEPHONE: (206) 325-2171
FACSIMILE: (206) 325-3269
EMAIL: attorneys@eoplaw.com